.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Brian Lumley et al,**

    **Plaintiffs,**

              Case No.   2:17-cv-654

    v.

**Premier Courier, Inc. et all,**      Judge Watson
                                      Magistrate Judge Jolson

    **Defendants.**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER** filed August 17, 2018, the Court GRANTS final approval of the Settlement and DISMISSES this case WITH PREJUDICE.

Date:   August 17, 2018

                                                      **Richard W. Nagel, Clerk of Court**

                                                      By:   _____s/ Eric Weitz_____
                                                               Eric Weitz, Deputy Clerk